ORIGINAL

COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

04-0133C

Plaintiff(s) or Petitioner(s) Illinois Power Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Barry Hyman

Firm Name: Schiff Hardin LLP

Post Office Box:

Street Address: 6600 Sears Tower

City-State-Zip: Chicago, Illinois 60606

Telephone & Facsimile Numbers: (312) 258-5721 / (312) 258-5600

Is the attorney of record admitted to the Court of Federal Claims Bar? no. ~~(In the~~ process of being admitted)

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O E

See attached sheet for three digit codes.

Amount Claimed: $ in excess of 1,733,644

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.