ORIGINAL

FILED
JAN 3 0 2004
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ILLINOIS POWER COMPANY** | ) | |
| **Plaintiff** | ) | |
| | ) | No. 04-0133C |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Plaintiff, Illinois Power Company ("Illinois Power") states that it is wholly owned by Dynegy Marketing & Trade.

Dated: January 30, 2004

Respectfully submitted,

ILLINOIS POWER COMPANY

By: Barry S. Hyman
Barry S. Hyman

by Garry S. Grossman
GARRY S. GROSSMAN

Barry S. Hyman
Martha L. Keller
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has caused a copy of the Rule 7.1 Disclosure Statement to be served upon the Clerk of the U.S. Court of Federal Claims via hand delivery this January 30, 2004.

Garry S. Grossman

Garry S. Grossman
Barry S. Hyman
Martha L. Keller
6600 Sears Tower
Chicago, IL 60606
(312) 258-5612 (p)
(312) 258-5600 (f)

CH2\ 1081793.1