ORIGINAL

FILED
JAN 3 0 2004
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ILLINOIS POWER COMPANY** | ) | |
| **Plaintiff** | ) | No. 04-0133C |
| **v.** | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF DIRECTLY-RELATED CASES**

Pursuant to Rule 40.2 of the United States Court of Federal Claims, this case is directly related to cases filed against the Department of Energy ("DOE") arising out of or in connection with the Nuclear Waste Policy Act of 1982, 42 U.S.C.A. 10101-10270 and the Standard Contract for Disposal of Spent Nuclear Fuel, 10 C.F.R. 961.11 (1983).

Respectfully submitted,

ILLINOIS POWER COMPANY

By: Barry S Hyman
Barry S. Hyman

By Garry S Grossman
GARRY S. GROSSMAN

Barry S. Hyman
Martha L. Keller
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5600 (f)
(312) 258-5500 (p)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he/she has caused a copy of the Notice of Directly Related Cases to be served upon the Clerk of the U.S. Court of Federal Claims via hand delivery this January 30, 2004.

Garry S. Grossman

Garry S. Grossman
Barry S. Hyman
Martha L. Keller
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500 (p)
(312) 258-5600 (f)

CH2\ 1081794.1