**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

| | |
|---|---|
| Illinois Power Company,<br>Plaintiff<br>v.<br>The United States,<br>Defendant. | Case No. 04 – 133C<br>(Chief Judge Damich) |

**RESPONSE TO DEFENDANT'S
MOTION FOR CONTINUATION OF THE
STAY OF ALL PROCEEDINGS**

Illinois Power Company, d/b/a Ameren/IP ("Ameren/IP"), by its attorneys, responds to the Defendant's Motion for Continuation of the Stay of All Proceedings as follows:

1. In its complaint for breach of the parties' Standard Contract for Disposal of Spent Nuclear Fuel, Ameren/IP seeks damages of $1,733,644 associated with its investment in Private Fuel Storage, LLC.

2. On December 29, 2004, the Defendant filed its Motion for Continuation of the Stay of All Proceedings ("Motion to Stay") until "the Federal Circuit issues a decision in Indiana Michigan Power Co. v. United States, No. 04-5122" which, according to the Defendant, "likely will resolve the legal issues that the Government anticipates will arise in this litigation." (Motion, page 1).

3. Ameren/IP does not object to a continuation of the stay, in accordance with the Defendant's request as set forth in the Motion to Stay; provided, however, that in taking this position, at this time, Ameren/IP shall not be deemed to have admitted or agreed to any of the statements, arguments or assertions presented by the Defendant in its Motion to Stay or

otherwise impaired, sacrificed, harmed or modified any rights it has had, now has or may acquire with respect to or in connection with the allegations in its complaint.

4. In addition, Ameren/IP specifically reserves any and all rights it has had, now has or may acquire to, at any time, seek to lift or modify any stay imposed by the Court, as Ameren/IP deems appropriate.

Respectfully submitted,

Illinois Power Company d/b/a
Ameren/IP

By: ______________________
Barry S. Hyman, one of its attorneys

Barry S. Hyman
SCHIFF HARDIN LLP
6600 Sears Tower, 233 South Wacker Drive
Chicago, IL 60606-6473
(312) 258-5500

Dated: February 1, 2005

CH2\ 1198096.1