**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Illinois Power Company,<br><br>Plaintiff<br><br>v.<br><br>The United States,<br><br>Defendant. | Case No. 04-133C<br><br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to this Court's order of February 4, 2005 (the "Order"), the parties respectfully file this joint status report. As described below, the parties jointly request that the stay of this case, as set forth in the Order, be extended until December 15, 2005.

This action is based upon a Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract") between Illinois Power Company ("IP") and the United States, acting through the Department of Energy ("DOE"), the material terms of which are published at 10 C.F.R. §961.11. In its complaint, IP seeks to recover damages incurred to form, participate in the affairs of and to sell its interest in Private Fuel Storage LLP ("PFS"). (Complaint, without exhibits, attached as Exhibit 1). IP asserts that its involvement in PFS was necessary to "make arrangements for storage of SNF from Clinton Power Station that the DOE had promised to take title to, transport and dispose of under the Standard Contract." (Complaint, page 2, paragraphs 8 through 12).

Both parties agree that the Court should issue a modest and reasonable continuation of the stay of all proceedings, including discovery, until December 15, 2005. The parties agree that a stay of proceedings, at this time, may allow for possible efficiencies because of the resolution

of legal and factual issues related to recovery of damages in connection with PFS that are a part of previously filed cases in which similar claims are being pursued by other plaintiffs. These issues have been presented in *Indiana Michigan Power Co. v. United States*, 98-486 C (Fed.Cl.), which is on appeal and in which oral arguments were presented on June 6, 2005. Resolution of these issues in *Indiana Michigan* could facilitate agreements by the parties in this lawsuit, or may inform the Court's consideration of such issues if they remain contested and require resolution in this case.

The parties request that the stay be continued until December 15, 2005. By that date, there may be appellate guidance on some of the issues identified above. At that time, the Court should allow the parties to submit another status report identifying their positions regarding further activity in the case in light of the status of activities in other cases.

As noted above, both parties desire this case to be stayed and, therefore, desire to defer setting a schedule for the filing of any dispositive motions. Similarly, both parties believe that the jointly-requested stay will help to inform their decisions regarding their intent to file such motions, and that it is premature at this time to commit to filing such motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

Attorneys for Defendant

s/Barry S. Hyman
BARRY S. HYMAN
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258 5600
Attorneys for Plaintiff

July 15, 2005

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of July, 2005, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin