**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Illinois Power Company,<br>Plaintiff<br>v.<br>The United States,<br>Defendant. | Case No. 04-133C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

This is one of approximately 59 cases pending before the Court of Federal Claims arising under contracts (sometimes called the "Standard Contract") between the Department of Energy ("DOE") and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste ("SNF").

In its complaint, Illinois Power Company ("IP") seeks to recover damages incurred to form, participate in the affairs of and to sell its interest in Private Fuel Storage LLP ("PFS"). (Complaint, without exhibits, attached as Exhibit 1). IP asserts that its involvement in PFS was necessary to "make arrangements for storage of SNF from Clinton Power Station that the DOE had promised to take title to, transport and dispose of under the Standard Contract." (Complaint, page 2, paragraphs 8 through 12). Since this case was filed on January 30, 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed earlier and that are more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case more efficient for the parties and the Court.

Both parties respectfully request that the Court extend the stay of proceedings in this case for an additional ten months, until October 15, 2006.[1] Other Judges of the Court have recently granted stays similar to the one requested here. See TXU Corp. v. United States, No. 04-98C, Order of Nov. 23, 2005; Kansas Gas & Elec. Co. v. United States, No. 04-99C, Order of Nov. 28, 2005; Union Electric Co. v. United States, No. 04-97C, Order of Dec. 9, 2005.

The Court previously stayed this matter pending the Federal Circuit's decision in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.). Although that decision, issued on September 9, 2005, offers guidance on some issues, the Indiana Michigan decision provides little guidance on other issues that may be relevant to this case. Other currently pending cases, in which trials have been completed, may provide that guidance and, therefore, facilitate the resolution of this case without having to absorb the Court's time and incur the expense of litigation at this juncture. One of those trials involved three consolidated cases brought by the "Yankee" utilities – Yankee Atomic Electric Co., Connecticut Yankee Atomic Power Co. and Maine Yankee Atomic Power Co. (Case Nos. 98-126, 98-154, 98-474 before Senior Judge Merow) – one trial was in the case brought by the Tennessee Valley Authority ("TVA") (Case No. 01-249 before Judge Lettow) and one trial was in the case of Sacramento Municipal Utility District ("SMUD") (Case No. 98-488 before Judge Braden). The Yankee trial was completed in 2004, and the SMUD and TVA trials were completed in the Spring and Summer, respectively, of 2005. It is therefore reasonable to expect decisions in all three cases sometime in the coming months.

[1] Although the parties both request this stay, they both also reserve their rights to request that the stay be lifted, either in whole or in part, prior to October 15, 2006, if circumstances in this case or other spent nuclear fuel cases warrant it.

For these reasons, the parties jointly request that the stay of proceedings in this case be extended until October 15, 2006, at which time the parties will again jointly report to the Court on how they wish to proceed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

Attorneys for Defendant

s/Barry S. Hyman
BARRY S. HYMAN
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258 5600

Attorneys for Plaintiff

December 15, 2005

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of December, 2005, a copy of the foregoing "JOINT STATUS REPORT AND MOTION TO EXTEND STAY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin