**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Illinois Power Company,<br><br>Plaintiff<br><br>v.<br><br>The United States,<br><br>Defendant. | Case No. 04-133C<br><br>(Chief Judge Damich) |

**<u>JOINT REQUEST FOR ENLARGMENT OF TIME TO FILE JOINT STATUS REPORT</u>**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, United States, and plaintiff, Illinois Power Company ("IP"), respectfully request a four-day enlargement of time, to and including Friday, October 20, 2006, to submit the Joint Status Report ("JSR") in this case. The JSR is currently due on Monday, October 16, 2006. This is the parties' first request for an enlargement of time for this purpose.

In its complaint, IP seeks to recover damages incurred to form, participate in the affairs of, and sell its interest in Private Fuel Storage LLP ("PFS"). Since this case was filed on January 30, 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case more efficient for the parties and the Court.

On October 4, 2006, Senior Judge Merow issued a decision in the three consolidated cases brought by the "Yankee" utilities – Yankee Atomic Electric Co., Connecticut Yankee Atomic Power Co. and Maine Yankee Atomic Power Co. (Case Nos. 98-126, 98-154, 98-474 before Senior Judge Merow). On October 13, 2006, Judge Hewitt issued a decision in Pacific Gas & Electric Company ("PG&E") (Case 04-0074 before Judge Hewitt).

Given the limited time since the issuance of these two decisions, the parties are still reviewing and assessing the decisions. Accordingly, the parties believe that a brief enlargement of time in which to file the JSR is warranted and appropriate. For these reasons, the parties jointly request an enlargement of time to file the Joint Status Report to and including Friday, October 20, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

Attorneys for Defendant

s/Barry S. Hyman
BARRY S. HYMAN
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258 5600
Attorneys for Plaintiff

October 16, 2006

**CERTIFICATE OF FILING**

I hereby certify that on this 16th day of October, 2006, a copy of the foregoing "JOINT REQUEST FOR ENLARGEMENT OF TIME TO FILE JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin