# In the United States Court of Federal Claims

No. 04-133 C
(Filed: October 20, 2006)

*****************************************

**ILLINOIS POWER COMPANY,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*****************************************

## ORDER

On October 19, 2006, the parties filed a Joint Status Report requesting[1] a continuation of the stay in this case until June 1, 2007, pending the outcome of decisions and/or possible appeals in other spent nuclear fuel (SNF) cases that are more procedurally advanced. The court hereby ORDERS that the stay in this case be extended to June 1, 2007. The parties shall file a joint status report on or before that date addressing how they propose to proceed in this case.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Although the parties' filing was styled "Joint Status Report and *Motion* to Extend Stay" (emphasis added), no actual motion was filed pursuant to electronic case filing (ECF) protocol (apparently only the joint status report "event" was utilized).