# In the United States Court of Federal Claims

No. 04-133 C
(Filed: June 6, 2007)

******************************************
*
**ILLINOIS POWER COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

On June 1, 2007, the parties filed a Joint Status Report requesting[1] a continuation of the stay in this case until December 6, 2007, pending the outcome of decisions and/or appeals in other spent nuclear fuel (SNF) cases that are more procedurally advanced. The Court hereby ORDERS that the stay in this case be extended indefinitely. The parties shall file a joint status report on or before December 6, 2007, addressing how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] Once again, although the parties' filing was styled "Joint Status Report and *Motion* to Extend Stay" (emphasis added), no actual motion was filed pursuant to electronic case filing (ECF) protocol (motions cannot be filed within the same ECF "event" as a status report, but rather must be filed separately).