# In the United States Court of Federal Claims

No. 04-133 C
(Filed: December 4, 2007)

*****************************************
*
**ILLINOIS POWER COMPANY,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*****************************************

## ORDER

On December 4, 2007, the parties filed a Joint Status Report requesting a continuation of the stay in this case until June 6, 2008, pending the outcome of decisions and/or appeals in other spent nuclear fuel (SNF) cases that are more procedurally advanced. The Court hereby ORDERS that the stay in this case be continued. The parties shall file a joint status report on or before June 6, 2008, addressing how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge