**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Illinois Power Company,<br><br>Plaintiff<br><br>v.<br><br>The United States,<br><br>Defendant. | Case No. 04-133C<br><br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

This is one of 60 cases pending before the Court of Federal Claims and the United States Court of Appeals for the Federal Circuit arising under contracts (sometimes referred to as the "Standard Contract") between the Department of Energy ("DOE") and the nuclear utilities for the acceptance and disposal of spent nuclear fuel and high-level radioactive waste ("SNF").

In its complaint, Illinois Power Company ("IP") seeks to recover damages incurred to form, participate in the affairs of and to sell its interest in Private Fuel Storage LLP ("PFS"). IP asserts that its involvement in PFS was necessary to "make arrangements for storage of SNF from Clinton Power Station that the DOE had promised to take title to, transport and dispose of under the Standard Contract." (Complaint, Page 2, ¶¶ 8 through 12). Since this case was filed on January 30, 2004, both parties have requested that it be stayed pending developments in other spent fuel cases that were filed much earlier and that are far more procedurally advanced than this case. Both parties have requested such a stay because they believe that developments in those other cases will make litigation of this case more efficient for the parties and the Court.

On December 4, 2007, in accordance with the parties' December 4, 2007 Joint Status Report, the Court entered an order continuing a stay of proceedings in this case "pending the outcome of decisions and/or appeals in other spent nuclear fuel (SNF) cases that are more

procedurally advanced." In addition, in its December 4, 2007 Order, the Court directed the parties to file this "joint status report on or before June 6, 2008, addressing how they propose to proceed."

Both parties respectfully request that the court extend the stay of proceedings in this case until Friday, December 5, 2008.[1] As previously stated in prior status reports, upon which the Court granted the parties' requests to stay these proceedings, the parties believe that developments in other SNF cases will provide guidance that will assist in resolving the issues in this case. The Court previously stayed this matter pending the Federal Circuit's decision in Indiana Michigan Power Co. v. United States, No. 04-5122 (Fed. Cir.). Although that decision, issued September 9, 2005, offers guidance on some issues, other currently pending cases may provide guidance on other relevant issues and, therefore, facilitate the resolution of this case without having to absorb the Court's time and incur the expense of litigation at this juncture.

At the time that the previous joint status report was filed, the parties noted that there were a number of trials over past two years in other spent fuel cases. One of those trials involved three consolidated cases brought by the "Yankee" utilities – Yankee Atomic Electric Co., Connecticut Yankee Atomic Power Co. and Maine Yankee Atomic Power Co. (Case Nos. 98-126, 98-154, 98-474 before Senior Judge Merow), one trial was in the case brought by the Tennessee Valley Authority ("TVA") (Case No. 01-249 before Judge Lettow), one trial was in the case of Sacramento Municipal Utility District ("SMUD") (Case No. 98-488 before Judge Braden), and one trial was in the case of Pacific Gas & Electric Company ("PG&E") (Case 04-

[1] Although the parties both request this stay, they both also reserve their rights to request that the stay be lifted, either in whole or in part, prior to December 5, 2008, if circumstances in this case or other spent nuclear fuel cases warrant it.

0074 before Judge Hewitt). In the PG&E case, the plaintiff asserted a claim for damages against the Government related to its investment in PFS.

Senior Judge Merow and Judge Hewitt issued decisions in the Yankee and PG&E cases, respectively.[2] Yankee Atomic Elec. Co. v. United States, 73 Fed. Cl. 249 (2006); Pacific Gas & Elec. Co. v. United States, 73 Fed. Cl. 333 (2006). Appeals have been taken and are currently pending in both the Yankee or PG&E cases at this time.[3] An extension of the stay in this case will permit the parties to understand if and how those appellate decisions inform how they should proceed with respect to Illinois Power's damages claim against the Government. Both parties submit that before they are required to embark on discovery and litigation of some of the same issues in this case, they should await the further development of the appellate proceedings in the Yankee and PG&E cases. Those proceedings appear likely to facilitate the efficient and orderly resolution of the claims of Illinois Power here. See RCFC 1.

For these reasons, the parties jointly request that the stay of proceedings in this case be extended until Friday, December 5, 2008, at which time the parties will again jointly report to the Court on how they wish to proceed.

---

[2] In Sacramento Municipal Utility District v. United States, No. 98-488 (Fed. Cl.), the trial court issued a final decision, from which the parties have appealed. The appeal is pending. Tennessee Valley Authority v. United States, 69 Fed. Cl. 516 (2006), was resolved, without appeal.

[3] An appeal is currently pending before the Federal Circuit in Nebraska Public Power Dist. v. United States, 73 Fed. Cl. 650 (2006), appeal pending, No. 2007-5083 (Fed. Cir. docketed March 15, 2007). The appeal seeks review of the court's order finding that the writ of mandamus issued by the United States Court of Appeals for the District of Columbia Circuit was *void ab initio* insofar as it precluded the Government from asserting the unavoidable delay clause of the Standard Contract as a defense.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Barry S. Hyman
BARRY S. HYMAN
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Attorneys for Plaintiff

s/Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/Scott R. Damelin
SCOTT R. DAMELIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Telephone: (202) 616-0170
Facsimile: (202) 514-8624

June 6, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 6th day of June, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott R. Damelin