# In the United States Court of Federal Claims

No. 04-133 C
(Filed: June 16, 2008)

*****************************************
ILLINOIS POWER COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*****************************************

## ORDER

On June 6, 2008, the parties filed a Joint Status Report requesting a continuation of the stay in this case until December 5, 2008, pending the outcome of decisions and/or appeals in other spent nuclear fuel (SNF) cases that are more procedurally advanced. The Court hereby ORDERS that the stay in this case be continued. The parties shall file a joint status report on or before December 5, 2008, addressing how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge